**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07cv6440
JUDGE CONLON
MAG. JUDGE COLE

In the Matter of

Erica Willis Steele
v.
APL Logistics Warehouse Management Services, Inc.
and
Stephen McElrath

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

APL Logistics Warehouse Management Services, Inc., and
Stephen McElrath, Defendants

**FILED**
JN NOV 14 2007
14
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Andrew J. Martone | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Andrew J. Martone | |
| FIRM Bobroff, Hesse, Lindmark & Martone, P.C. | |
| STREET ADDRESS 1650 Des Peres Road, Suite 200 | |
| CITY/STATE/ZIP St. Louis, Missouri 63131 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06203524 | TELEPHONE NUMBER 314-862-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |