# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

07cv6440
JUDGE CONLON
MAG. JUDGE COLE

In the Matter of

ERICA WILLIS STEELE
vs.
APL LOGISTICS and STEPHEN McELRATH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC. (incorrectly sued as "APL Logistics") and STEPHEN McELRATH, defendants

FILED
JN
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> JOHN K. KALLMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> N/A | |
| STREET ADDRESS <br> 221 N. LASALLE STREET, SUITE 1200 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC # 1387006 | TELEPHONE NUMBER <br> (312) 578-1515 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |