

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
| Plaintiff, | ) REMOVAL FROM THE CIRCUIT COURT FOR THE ) TWELFH JUDICIAL CIRCUIT, WILL COUNTY, IL ) STATE CASE NO. 07 L 673 |
| and | ) |
| APL LOGISTICS, | 07cv6440 |
| and | JUDGE CONLON MAG. JUDGE COLE |
| STEPHEN MCELRATH | |
| Defendants. | ) ) |

### DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant APL Logistics Warehouse Management Services, Inc. (incorrectly named in this matter as APL Logistics) hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

   APL Logistics Warehouse Management Services, Inc. is wholly owned by New Logistics Holding Corp. which is a wholly owned subsidiary of APL Logistics Americas, Ltd. which is a wholly owned subsidiary of APL Logistics Europe, B.V. which is a wholly owned subsidiary of APL Logistics Ltd. which is a wholly owned subsidiary of Neptune Orient Lines Limited.

2. Subsidiaries not wholly owned by the corporation:

   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   Neptune Orient Lines Limited is publicly traded on the Singapore Stock Exchange.

Respectfully submitted,

BOBROFF, HESSE, LINDMARK
& MARTONE, P.C.

By: /s/ Andre J. Martone

Andrew J. Martone, #06203524
1650 Des Peres Road, Suite 200
St. Louis, MO 63131
Tel: (314) 862-0300
Fax: (314) 862-7010
E-mail: anydmartone@bobroffhesse.com

Attorneys for Defendants
APL Logistics, Ltd. and Stephen McElrath

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed, postage pre-paid, via U.S. Mail, this 14th day of November, 2007, to Mr. Mark A. Lichtenwalter, Spesia, Ayers & Ardaugh, 1415 Black Road, Joliet, Il. 60435.

/s/ Andrew J. Martone