IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| ERICA WILLIS STEELE, ) | |
| ) | |
| plaintiff, ) | |
| vs. ) | No. 07 L 673 |
| ) | |
| APL LOGISTICS and STEPHEN MCELRATH, ) | |
| ) | |
| defendants. ) | |

FILED 2007 DEC -6 PM 2:59 CLERK CIRCUIT COURT WILL COUNTY, ILLINOIS

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §1446(a), defendants have filed the attached Notice of Removal with the United States District Court for the Northern District of Illinois, Eastern Division, this 14th day of November, 2007.

Bobroff, Hesse, Lindmark & Martone, P.C.
1650 Des Peres Road, Suite 200
St. Louis, MO 63131
(314) 862-0300
(314) 862-7010 fax
andymartone@bobroffhesse.com

John K. Kallman
221 North LaSalle Street
Suite 1200
Chicago, IL 60601
(312) 578-1515
(312) 332-3920 fax
jkkallman@sbcglobal.net

attorneys for defendants
APL Logistics, Ltd. and Stephen McElrath