IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause No. 07C-6440 |
| APL LOGISTICS, and STEPHEN MCELRATH, | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEPHEN MCELRATH, INDIVIDUALLY

NOW COMES the Plaintiff, ERICA WILLIS STEELE, by and through her attorneys, SPESIA, AYERS & ARDAUGH, and for her Notice of Voluntary Dismissal of Defendant Stephen McElrath, Individually, pursuant to Federal Rule 41(a)(1), states as follows:

1.   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff seeks to provide Notice of her voluntary dismissal of Defendant, STEPHEN MCELRATH, Individually, without prejudice and with leave to refile within one year.

2.   Defendant has not yet answered Plaintiff's Complaint at Law.

WHEREFORE, Plaintiff ERICA WILLIS STEELE prays this honorable Court accept her Notice of Voluntary Dismissal without prejudice.

        Respectfully Submitted,

        SPESIA, AYERS & ARDAUGH


        /s/  Mark A. Lichtenwalter

Mark A. Lichtenwalter # 6280473
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
(815) 726-4311