## STATE OF ILLINOIS
## HUMAN RIGHTS COMMISSION

IN THE MATTER OF: )
)
ERICA WILLIS STEELE, )
)
    Complainant, )
) Charge No.: 2006CF3078
and ) EEOC No.: 21BA61800
) ALS No.: 07-360
APL LOGISTICS, )
)
    Respondent. )

### ORDER

A telephone status conference was held in this matter on Deceber 11, 2007 at 9:30 a.m. Both parties participated through counsel, Tricia Pellegrini for Complainant and J. Christopher Hesse for Respondent.

A third law firm, Ernest T. Rossiello & Associates, P.C., has filed an appearance in this matter on Complainant's behalf, but did not participate in the telephone status conference. That firm has not formally withdrawn, although a motion to withdraw was filed in October of 2007. That motion was never ruled upon. It was not properly served because it was not served upon Complainant by personal service or certified mail. In addition, counsel never appeared to present the motion at the Commission's motion call.

Counsel reported that that a parallel suit is currently pending in the United States District Court for the Northern District of Illinois. A motion to dismiss that suit is pending before that Court.

Based upon the results of the telephone status conference,

IT IS HEREBY ORDERED:

1.     Complainant's motion to stay is granted;

2.     There will be another telephone status conference in this matter on May 13,

2007 at 9:30 a.m.; counsel for both parties must be available at that time; the Commission will initiate the call.

                              HUMAN RIGHTS COMMISSION

                              BY: _____
                                  MICHAEL J. EVANS
                                  CHIEF ADMINISTRATIVE LAW JUDGE
                                  ADMINISTRATIVE LAW SECTION

ENTERED: December 11, 2007

2

|  |  |
|---|---|
| ALS NO(S): | 07-360 |
| CHARGE NO(S): | 2006CF3078 |
| EEOC NO(S): | 21BA61800 |
| CASE NAME: | STEELE v. APL LOGISTICS |

## MEMORANDUM OF SERVICE

The undersigned certified that on **December 11, 2007** she served a copy of the attached **ORDER** on each person named below by depositing the same in the U.S. mail box at **100 W. Randolph St., Suite 5-100, Chicago, Illinois,** properly posted for **FIRST CLASS MAIL**, addressed as follows:

Ernest T. Rossiello
Ernest T. Rossiello & Assosciates, P.C.
134 North LaSalle Street
Suite 1330
Chicago, IL. 60602

J. Christopher Hesse
Andrew J. Martone
Angela K. Scott
Bobroff, Hesse, Lindmark & Martone, P.C.
1650 Des Peres Road, Suite 200
St. Louis, MO. 63131

Mark A. Lichtenwalter
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL. 60435

_____
Signature

ALJ: _____

12/11/2007 1:28 PM