IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA WILLIS STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 07C-6440 |
| | ) | |
| APL LOGISTICS, and | ) | |
| STEPHEN MCELRATH, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, attorney, Mark A. Lichtenwalter, hereby certify that on the 7th day of January, 2008, I electronically filed the foregoing **Notice of Voluntary Dismissal of Defendant Stephen McElrath, Individually, Plaintiff's Response to Defendant APL Logistics' Motion to Dismiss or in the Alternative Motion for Abstention and Memorandum of Law in Support of Plaintiff's Response to Defendant's Motion to Dismiss or in the Alternative Motion for Abstention**, with the Clerk of the Court using the CM/ECF system.

/s/ Mark A. Lichtenwalter
Attorneys for Plaintiff

SPESIA, AYERS & ARDAUGH
ARDC # 6280473
1415 Black Road
Joliet, IL 60435
815/726-4311