IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, ) | |
| ) | |
| plaintiff, ) | |
| ) | No.   07 C 6440 |
| vs. ) | |
| ) | JUDGE CONLON |
| APL LOGISTICS and STEPHEN MCELRATH, ) | |
| ) | |
| defendants. ) | |

**NOTICE OF MOTION**

To:  Mark A. Lichtenwalter, Esq.
     Spesia, Ayers & Ardaugh
     1415 Black Road
     Joliet, IL 60435

   Please take notice that at 9:00 a.m. on ___January 10___, 2008, or as soon thereafter as I may heard, I shall appear before the Honorable Suzanne Conlon, or any judge sitting in her stead, in the courtroom usually occupied by her, Room 1743, 219 S. Dearborn Street, Chicago, Illinois, and present APL Logistics' Motion to Dismiss or in the alternative, to Abstain, at which time and place you may appear, if you deem fit.


John K. Kallman                                    /s/ John K. Kallman
one of defendant's attorneys
221 North LaSalle Street
Suite 1200
Chicago, IL  60601
(312) 578-1515


**CERTIFICATE OF SERVICE**

   John K. Kallman, the attorney for defendant, states that the foregoing pleading has been electronically filed and service accomplished pursuant to ECF as to counsel of record, all of whom are Filing Users, except for the following, who were served by depositing the same in the United States post box at 221 N. LaSalle St., Chicago, Illinois, postage fully prepaid, before 5:00 p.m. this 7th day of January, 2008:

**N/A**

and under penalties of perjury as provided by law, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters certifies as aforesaid that he verily believes the same to be true.


                                                   /s/ John K. Kallman