IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA WILLIS STEELE, | ) | |
| | ) | |
| plaintiff, | ) | |
| vs. | ) | No. 07 C 6440 |
| | ) | |
| APL LOGISTICS and STEPHEN MCELRATH, | ) | JUDGE CONLON |
| | ) | MAGISTRATE JUDGE COLE |
| defendants. | ) | |

## NOTICE OF FILING OF PLEADINGS

Please take notice that we have filed electronically with the Clerk of Court this 9th day of January, 2008, the following pleadings on behalf of defendant APL Logistics Warehouse Management Services, Inc.: Reply in Support of Motion to Dismiss or in the Alternative for Abstention; Answer and affirmative defenses to Complaint.

John K. Kallman
one of defendants' attorneys
221 North LaSalle Street                    /s/ John K .Kallman
Suite 1200
Chicago, IL 60601
(312) 578-1515

**CERTIFICATE OF SERVICE**

John K. Kallman, the attorney for defendants, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system, and mechanically served upon each of the following parties

plaintiff, c/o Mark A. Lichtenwalter, Esq.   served by ECF
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435

this    9th    day of    January   , 2008, by:

○ **delivery, before 4:00 p.m.**

○ **fax transmission**

○ **depositing the same in the United States post box at 221 N. LaSalle St., Chicago, postage fully prepaid, before 5:00 p.m.**

/s/ John K. Kallman

notice of filing_apl reply and answer.wpd