# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6440 | **DATE** | 1/10/2008 |
| **CASE TITLE** | ERICA WILLIS STEELE vs. APL LOGISTICS, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Dismissal of defendant Stephen McElrath individually without prejudice is granted. Discovery schedule is held in abeyance pending disposition of motion to dismiss or stay.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|