## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6440 | **DATE** | 1/28/2008 |
| **CASE TITLE** | ERICA WILLIS STEELE vs. APL LOGISTICS, *et al.* | | |

**DOCKET ENTRY TEXT**

Defendant APL Logistic's motion to dismiss or in the alternative motion for abstention [7, 21] is granted in part. Count III of the complaint is dismissed without prejudice. ENTER MEMORANDUM OPINION AND ORDER. The order of January 10, 2008, staying discovery, is vacated. The parties shall comply with Fed. R. Civ. P. 26(a)(1) by February 15, 2008. All discovery shall be completed and any dispositive motions shall be filed with supporting memoranda by April 18, 2008. The parties shall present their joint final pretrial order and agreed pattern jury instructions on May 2, 2008 at 9:00 am; plaintiff shall provide defendant with her proposed draft pretrial order and jury instructions by April 25, 2008. The case is placed on the May trial calendar. THESE DATES ARE FIRM.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|