IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERICA WILLIS STEELE,           )
                               )
            Plaintiff,         )
                               )
vs.                            )        Case No. 07C-6440
                               )        Judge Suzanne B. Conlon
APL LOGISTICS, and             )
STEPHEN MCELRATH,              )
                               )
            Defendants.        )

## CERTIFICATE OF SERVICE

I, attorney, Mark A. Lichtenwalter, hereby certify that on the 15th day of February, 2008, a copy of the Plaintiff's ***Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)*** were served via U.S. first-class mail, postage paid, to the foregoing:

*Andrew J. Martone*
*Bobroff, Hesse, Lindmark*
*& Martone, P.C.*
*1650 Des Peres Road, Suite 200*
*St. Louis, MO 63131*

Respectfully Submitted,

SPESIA, AYERS & ARDAUGH

By:   /s/ Mark A. Lichtenwalter
      Attorneys for Plaintiff

Mark A. Lichtenwalter ARDC # 6280473
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311

1