IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07C-6440 |
| ) | Judge Suzanne B. Conlon |
| APL LOGISTICS, and ) | |
| STEPHEN MCELRATH, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, attorney, Tricia M. Pellegrini, hereby certify that on the 28th day of February, 2008, a copy of **Plaintiff's Supplemental Rule 26(a)(1) Disclosures** were served via U.S. first-class mail, postage paid, to the foregoing:

Andrew J. Martone
Bobroff, Hesse, Lindmark
& Martone, P.C.
1650 Des Peres Road, Suite 200
St. Louis, MO 63131

Respectfully Submitted,

SPESIA, AYERS & ARDAUGH

By: /s/ Tricia M. Pellegrini
Attorneys for Plaintiff

Tricia M. Pellegrini #6293540
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311