IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   Cause No. 07C-6440 |
| and | ) |
| | ) |
| APL LOGISTICS, | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff Erica Willis Steele and Defendant APL Logistics Warehouse Management Services, Inc. (incorrectly named in this matter as APL Logistics)("Defendant"), will present the Parties *Agreed Motion to Reschedule Trial Date and Amend Scheduling Order*, before the Honorable Suzanne Conlon, in Courtroom 1743, 219 S. Dearborn Street, Chicago, Illinois, at 9:00 a.m. on Wednesday, March 26, 2008, or as soon thereafter as the same may be heard.

          Respectfully submitted,

          SPESIA, AYERS & ARDAUGH

          By: \_\_\_\_/s/ Mark A. Lichtenwalter_____
               Attorney for Plaintiff

Mark A. Lichtenwalter #6280473
Tricia M. Pellegrini #6293540
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
(815) 726-4311

          BOBROFF, HESSE, LINDMARK
          & MARTONE, P.C.

          By: \_\_\_\_/s/ Andrew J. Martone_____

          Andrew J. Martone, #06203524
          1650 Des Peres Road, Suite 200
          St. Louis, MO  63131
          Tel:  (314) 862-0300
          Fax:  (314) 862-7010
          E-mail: anydmartone@bobroffhesse.com

          and

          \_\_\_\_/s/ John K. Kallman_____

          John K. Kallman, #1387006
          221 North LaSalle Street, Suite 1200
          Chicago, IL 60601
          Tel: (312) 578-1515

          Attorneys for Defendant
          APL Logistics Warehouse Management
          Services, Inc.