IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) Case No. 07C-6440 |
| | ) |
| APL LOGISTICS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2008, a copy of Defendant APL Logistics' First Set of Interrogatories Propounded to Plaintiff, Defendant APL Logistics' First Request for Production of Documents Directed to Plaintiff, and Defendant APL Logistics' Request for Admissions were served via e-mail and Federal Express, to the foregoing:

Mr. Mark A. Lichtenwalter
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435
mlichtenwalter@spesia-ayers.com

Mr. Michael Robert Stiff
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435
mstiff@spesia-ayers.com

Mr. John Matthew Spesia
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435
jspesia@spesia-ayers.com

Mr. Martin J. Shanahan
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435
mshanahan@spesia-ayers.com

Ms. Tricia M. Pellegrini
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435
tpellegrini@spesia-ayers.com

Respectfully submitted,

BOBROFF, HESSE, LINDMARK
& MARTONE, P.C.


By: _____/s/ Andrew J. Martone_____

Andrew J. Martone, #06203524
1650 Des Peres Road, Suite 200
St. Louis, MO  63131
Tel:  (314) 862-0300
Fax:  (314) 862-7010
E-mail: anydmartone@bobroffhesse.com

Attorneys for Defendant
APL Logistics Warehouse Management
Services, Inc.

2