## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6440 | **DATE** | 3/26/08 |
| **CASE TITLE** | ERICA WILLIS STEELE vs. APL LOGISTICS | | |

**DOCKET ENTRY TEXT**

The agreed motion [36] to reschedule the trial date to the August calender and amend the scheduling order by 60 days is granted. All discovery shall be completed and any dispositive motion shall be filed with supporting memoranda by June 18, 2008. The parties shall present their joint final pretrial order and agreed pattern jury instructions on July 1, 2008 at 9:00 a.m.; plaintiff's draft to defendant by June 24, 2008. The case is placed on the August calendar. The dates previously set for discovery deadline on April 15, 2008 and pretrial order submission on May 2, 2008 are vacated. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|