IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07C-6440 |
| | ) Judge Suzanne B. Conlon |
| APL LOGISTICS, and | ) |
| STEPHEN MCELRATH, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, attorney, Tricia M. Pellegrini, hereby certify that on the 25th day of April, 2008, a copy of ***Plaintiff's Second Supplemental Rule 26(a)1 Disclosures*** were served via U.S. first-class mail, postage paid, to the foregoing:

*Andrew J. Martone*
*Bobroff, Hesse, Lindmark*
*& Martone, P.C.*
*1650 Des Peres Road, Suite 200*
*St. Louis, MO 63131*

Respectfully Submitted,

SPESIA, AYERS & ARDAUGH

By:   /s/ Mark A. Lichtenwalter
Attorneys for Plaintiff

Mark A. Lichtenwalter - #06280473
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311

1