IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APL LOGISTICS, and )<br>STEPHEN MCELRATH, )<br>)<br>Defendants. ) | Case No. 07C-6440<br>Judge Suzanne B. Conlon |

## CERTIFICATE OF SERVICE

I, attorney, Tricia M. Pellegrini, hereby certify that on the 28<u>th</u> day of April, 2008, a copy of ***Plaintiff's Response to Defendant's First Request for Production of Documents*** were served via facsimile to the foregoing:

*A*ndrew *J. Martone*
*Bobroff, Hesse, Lindmark*
*& Martone, P.C.*
*1650 Des Peres Road, Suite 200*
*St. Louis, MO 63131*
*(314) 862-7010*

                                  Respectfully Submitted,

                                  SPESIA, AYERS & ARDAUGH


                          By:    /s/ Mark A. Lichtenwalter
                                  Attorneys for Plaintiff

Mark A. Lichtenwalter - #06280473
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311

1