IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
|     Plaintiff, | ) |
| and | ) Case No. 07C-6440 |
| APL LOGISTICS, | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 28, 2008, a copy of **Defendant's Supplemental Disclosures Pursuant to Rule 26(a)(1)** were served via e-mail and U.S first-class mail, postage paid, to the foregoing:

Mr. Mark A. Lichtenwalter
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435
mlichtenwalter@spesia-ayers.com

Ms. Tricia M. Pellegrini
Spesia, Ayers & Ardaugh
1415 Black Road
Joliet, IL 60435
tpellegrini@spesia-ayers.com

Respectfully submitted,

BOBROFF, HESSE, LINDMARK
& MARTONE, P.C.


By: _____/s/ Andrew J. Martone_____

Andrew J. Martone, #06203524
1650 Des Peres Road, Suite 200
St. Louis, MO  63131
Tel:  (314) 862-0300
Fax:  (314) 862-7010
E-mail: anydmartone@bobroffhesse.com

Attorneys for Defendant
APL Logistics Warehouse Management
Services, Inc.

2