IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07C-6440 |
| | ) Judge Suzanne B. Conlon |
| APL LOGISTICS, and | ) |
| STEPHEN MCELRATH, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I, attorney, Mark A. Lichtenwalter, hereby certify that on the 30th day of May, 2008, a copy of ***Plaintiff's Second Set of Interrogatories to Respondent*** were served via U.S. first-class mail, postage paid, to the foregoing:

Andrew J. Martone
Bobroff, Hesse, Lindmark
& Martone, P.C.
1650 Des Peres Road, Suite 200
St. Louis, MO 63131


Respectfully Submitted,

SPESIA, AYERS & ARDAUGH


By:  /s/ Mark A. Lichtenwalter
Attorneys for Plaintiff


Mark A. Lichtenwalter - #06280473
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311