IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07C-6440 |
| ) | Judge Suzanne B. Conlon |
| APL LOGISTICS, and ) | |
| STEPHEN MCELRATH, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, attorney, Tricia M. Pellegrini, hereby certify that on the 5<u>th</u> day of <u>June</u>, 2008, a copy of ***Plaintiff's Answers to Defendant's First Set of Interrogatories*** were served via U.S. first-class mail, postage paid, to the foregoing:

A*ndrew J. Martone*
*Bobroff, Hesse, Lindmark*
*& Martone, P.C.*
*1650 Des Peres Road, Suite 200*
*St. Louis, MO 63131*

                                            Respectfully Submitted,

                                            SPESIA, AYERS & ARDAUGH


                          By:    /s/ Tricia M. Pellgrini
                                   Attorneys for Plaintiff

Tricia M. Pellegrini #6293540
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311