IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA WILLIS STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07C-6440 |
| | ) | Judge Suzanne B. Conlon |
| APL LOGISTICS, and | ) | |
| STEPHEN MCELRATH, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, attorney, Tricia M. Pellegrini, hereby certify that on the 18th day of June, 2008, a copy of ***Plaintiff's Third Supplemental Rule 26(a)(1) Disclosures*** were served via U.S. first-class mail, postage paid, to the foregoing:

Andrew J. Martone
Bobroff, Hesse, Lindmark
& Martone, P.C.
1650 Des Peres Road, Suite 200
St. Louis, MO 63131

Respectfully Submitted,

SPESIA, AYERS & ARDAUGH

By:   /s/ Tricia M. Pellegrini
       Attorneys for Plaintiff

Tricia M. Pellegrini #6293540
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311