IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>APL LOGISTICS, )<br>)<br>Defendant. ) | Cause No. 07C-6440 |

## MOTION TO AMEND COMPLAINT

NOW COMES the Plaintiff, ERICA WILLIS STEELE, by her attorneys, SPESIA, AYERS & ARDAUGH, and for her motion to amend her Complaint, instanter, against the Defendant, APL LOGISTICS, states as follows:

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, a party may amend the pleading by leave of court and states that such leave shall be freely given when justice so requires. FRCP 15.

2. Plaintiff's First Amended Complaint, attached hereto, does not change the factual basis of the Complaint nor add additional Defendants, it merely pleads damages with more specificity than the original complaint as required by Federal Rule of Civil Procedure 9(g).

3. Damages added to the First Amended Complaint, including attorneys fees and punitive damages, were disclosed as part of Plaintiff's Rule 26(a)(1) disclosure (Exhibit "A") and therefore Defendant does not suffer surprise.

1

WHEREFORE, Plaintiff, ERICA STEELE, asks this Court for leave to file her First Amended Complaint, instanter, and for any other relief this Court deems necessary.

Respectfully Submitted:

By:   /s/ Mark A. Lichtenwalter
      Attorney for Plaintiff

Mark A. Lichtenwalter #6280473
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, Illinois 60435