IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 07 C 6440 |
| | ) |
| APL LOGISTICS and STEPHEN McELRATH, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE MOTION

To:   Andrew J. Martone, 150 Des Peres Road, Suite 200, St. Louis, MO  63131
       John K. Kallman, 221 North LaSalle Street, Suite 1200, Chicago, IL  60601

PLEASE TAKE NOTICE that on the 25<u>TH</u> day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys will appear before the Honorable Judge John Conlon in Court Room 1342 at the United States District Court House, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her stead, and present the attached **MOTION TO AMEND COMPLAINT**, at which time you may appear if you so desire.

SPESIA, AYERS & ARDAUGH

/s/   MARK A. LICHTENWALTER

Tricia M. Pellegrini
Mark A. Lichtenwalter
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
(815) 726-4311