IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Case No. 07C-6440 |
|  | ) Judge Suzanne B. Conlon |
| APL LOGISTICS, and | ) |
| STEPHEN MCELRATH, | ) |
|  | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, attorney, Mark A. Lichtenwalter, hereby certify that on the 18th day of June, 2008, I electronically filed the foregoing **Motion to Amend Complaint** with the Clerk of the Court using the CM/ECF system. A copy of which was also served via U.S. first-class mail, postage paid, to the foregoing:

*Andrew J. Martone*
*Bobroff, Hesse, Lindmark*
*& Martone, P.C.*
*1650 Des Peres Road, Suite 200*
*St. Louis, MO 63131*


Respectfully Submitted,

SPESIA, AYERS & ARDAUGH


By:   /s/ Mark a. Lichtenwalter
       Attorneys for Plaintiff

Tricia M. Pellegrini #6293540
Mark A. Lichtenwalter #6280473
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311

1