IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07C-6440 |
| ) | Judge Suzanne B. Conlon |
| APL LOGISTICS, and ) | |
| STEPHEN MCELRATH, ) | |
| ) | |
| Defendants. ) | |

### AMENDED CERTIFICATE OF SERVICE

I, attorney, Tricia M. Pellegrini, hereby certify that on the 18t[h] day of June, 2008, a copy of ***Plaintiff's Third Supplemental Rule 26(a)(1) Disclosures*** were served via U.S. first-class mail, postage paid, to the foregoing:

*Andrew J. Martone*
*Bobroff, Hesse, Lindmark*
*& Martone, P.C.*
*1650 Des Peres Road, Suite 200*
*St. Louis, MO 63131*


Respectfully Submitted,

SPESIA, AYERS & ARDAUGH


By:   /s/ Tricia M. Pellgrini
      Attorneys for Plaintiff


Tricia M. Pellegrini #6293540
SPESIA, AYERS & ARDAUGH
1415 Black Road
Joliet, IL 60435
815/726-4311

1