

**APL Logistics – Chicago Public**
**715 Theodore Court**
**Romeoville, Illinois 60446**
**815-372-1963**
CC G050100 and CC G050200

## PROGRESSIVE DISCIPLINE  - ACTION TAKEN

☐ Verbal Warning        ☐ Written Warning        ☐ Written Warning with 1 Day Suspension

☒ Written Warning with 3 Day Suspension    ☐ Suspension Pending Termination    ☐ Discharge

Date(s) of Suspension: _5/16, 5/17, 5/18/2006_

All disciplinary steps will remain a matter of your permanent work record.

| | | |
|---|---|---|
| Name of Employee: _ERICA WILLIS_ | Date: _5/15/06_ | |
| Building Location: _501 715 Theordore_ | Employee ID Number: | |
| Cost Center: _501_ | | |

| | | |
|---|---|---|
| ____ Lateness | ____ Disobedience | ____ Housekeeping |
| ✓ Conduct | ____ Carelessness | ____ Other: |
| ____ Absence | ____ Safety | _____ |
| ____ Attitude | ____ Sub-Standard Work | |

**REMARKS:**
On Friday 5/12/06 You Falsify Company document, By Writting 735am on your Time Sheet. You must clock in and Out everyday also IN and ouT For Lunch when Leaving Building.

### EMPLOYEE ACKNOWLEDGMENT

Signature of Employee: _[signature]_        Date of Notice: _5-15-06_

(Only means received a copy, NOT agreement with this action)

Supervisor: _Stephen B. McElrath_

Please print name

_[signature] Steph B McElrath_        Date: _5/15/06_

Supervisor Signature

EXHIBIT
3
5-1-08  CZ

To Bill

COST CENTER 501 - BUILDING 715 - Company 506

NAME Erica Willis

DATE 5-8-06

EMPLOYEE ID # 115809

TOTAL HRS 8-5M

SUPERVISOR Steve

| ACCOUNT | |
|---|---|
| 0538 | STEPAN |
| 1253 | U.S.P.S. |
| 5923 | BOSCH |
| 6341 | KANSAI |
| 5B72 | KAWASAKI |

WHSER HRS
REG _____
O.T. _____

PICKER HRS
REG _____
O.T. _____

START TIME _____ 730am

| FUNCTION CODES | | UNIT CODE | ACCT # | FUNC. CODE | Cost Center | QUANTITY | ENDING TIME |
|---|---|---|---|---|---|---|---|
| 100 | Receiving | 1=PLT | 11293 | 700 | | | |
| 105 | Forklift Receiving | 2=DRM | | | | | |
| 200 | Picking Product | 3=BAG | 11293 | 700 | | lunch | |
| 205 | Forklift Shipping | 4=PCS | 11293 | 700 | | | |
| 300 | Special Projects | | | | | | |
| 305 | Forklift Accessorial | | 11293 | 700 | | 4pm | |
| 400 | Rewarehousing | | | | | | |
| 405 | Forklift Rewarehousing | | | | | | |
| 500 | Building & Equip. Maint | | | | | | |
| 505 | Forklift (Temp Employees) | | | | | | |
| 600 | Meetings: Training | | | | | | |
| 605 | Forklift | | | | | | |
| 700 | Clerical - CSR | | | | | | |
| 800 | Indirect | | | | | | |
| 900 | Inventory | | | | | | |

IF UNSURE OF ACCOUNT # CHECK WITH YOUR SUPERVISOR

YOU MUST CHANGE CUSTOMER ACCOUNT NUMBER

## Cost Center 501 – Building 715

| Account | |
|---|---|
| 16923 | Bosch |
| 16941 | Kansai |
| 15872 | Kawasaki |
| 10838 | Stepan |
| 17193 | Gillette Co. |
| 16556 | Turtle Wax |
| 11253 | U.S.P.S. |

**Name:** Erica Willis **Date:** 5-12-06

**Employee ID #:** 115805 **Total Hrs:** 7.75

**Supervisor:** _____

Warehouse Hours
Regular: _____
Overtime: _____

Picker Hours
Regular: _____
Overtime: _____

**Start Time:** 735

| | Function Codes | Unit Code | Account Number | Function Code | Cost Center | Quantity Of Units | Ending Time |
|---|---|---|---|---|---|---|---|
| 100 | Receiving | 1 = PLT | 11253 | 700 | | | |
| 105 | Forklift Receiving | 2 = DRM | | | | | |
| 200 | Picking Product | 3 = BAG | 11253 | 700 | | | 4pm |
| 205 | Forklift Pick / Shipping | 4 = PCS | | | | | |
| 300 | Special Projects | | | | | | |
| 305 | Forklift Accessorial | | | | | | |
| 9 | Re-warehousing | | | | | | |
| ~05 | Forklift Re-warehousing | | | | | | |
| 500 | Building & Equip. Maint. | | | | | | |
| 505 | Forklift (Temp Employee) | | | | | | |
| 600 | Meetings: Training | | | | | | |
| 605 | Forklift | | | | | | |
| 700 | Clerical – CSR | | | | | | |
| 800 | Indirect | | | | | | |
| 900 | Inventory | | | | | | |

**If you are unsure of the account number check with your Supervisor**
**You must change customer account number**

On 5/15/06 we had meeting scheduled For APL employee's. Erica was schedule at 730am. AT about 720am I STarted Looking For Erica did Not See her IN The Breakroom were The Time Clock To Swip in and out in. LocaTed. AT 730am I went To The Back OFFice To See iF She was There She was not. Bill Bank (GM.) was I The breakroom aT 735am She was not There. She Show up aT The meeting aT 750am. AFTer checking she was drop OFF in The rear oF The building NoT Clocking in ThaT morning

See Copies oF E-Time ReporT.

```
                              ERICA
APL LOGISTICS
Punch Detail Report                 Page 0001
05/08/06 -> 05/14/06
                        05/15/2006  1:12p


----------------------------------------------------------------
----------------------------------------------

WILLIS, ERICA              115809   050127,01125303,700
          ID IN   DEPT   CUST    FUN ACTIVITY      OUT    ID IN   DEPT   CUST
FUN ACTIVITY        OUT     TOTALS
Mon 05/08   730a                                400p*I
                    8.00    8.00
Tue 05/09   728a                                400p*I
                    8.00   16.00
Wed 05/10   731a                                400p
                    7.98   23.98
Thu 05/11   717a VACATION
                    8.00
Fri 05/12   745a*L                              400p
                    7.75   31.73
Sat 05/13 Unscheduled

Sun 05/14 Unscheduled

 - Audit Suppressed -

 Acct:050127,01125303,700
              REGULAR:    31.73  VACATION:     8.00   TOTALS:    39.73
  Totals:     REGULAR:    31.73  VACATION:     8.00   TOTALS:    39.73
```

5/12

```
                                    steve 5-12
  Totals:            REGULAR:    8.00  TOTALS:      8.00



  ------------------------------------------------------------------
  ------------------------------------------------

  WILLIS, ERICA                   115809    050127,01125303,700
            ID IN   DEPT   CUST    FUN ACTIVITY      OUT   ID IN   DEPT   CUST
  FUN ACTIVITY      OUT        TOTALS
  Fri 05/12 ABSENT        (8.00)



  ------------------------------------------------------------------
  ------------------------------------------------
  ▯APL LOGISTICS
  Punch Detail Report
                              Page 0003
  05/12/06
                    05/15/2006  7:29a
  All accounts, pay rule Steve McElrath, all Timeclock groups

  Summary Totals:
      Acct:050111,01125303,205
                    REGULAR:    25.60   TOTALS:     25.60
      Acct:050111,01587203,105
                    REGULAR:     6.40   TOTALS:      6.40
      Acct:050127,01587203,700
                    REGULAR:     8.00   OVERTIME:    0.85   TOTALS:      8.85
  Grand Totals:    REGULAR:    40.00   OVERTIME:    0.85   TOTALS:     40.85


  ------------------------------------------------------------------
  ------------------------------------------------

  Number of Records : 8

  ------------------------------------------------------------------
  ------------------------------------------------
```

Page 3

steve 5-11

```
------------------------------------------------------------------------
---------------------------------------------------
```

| WILLIS, ERICA | | | | 115809 | 050127,01125303,700 | | | | |
| | ID IN | DEPT | CUST | FUN ACTIVITY | OUT | ID IN | DEPT | CUST |
| FUN ACTIVITY | | OUT | | TOTALS | | | | |
| Thu 05/11 ABSENT | | | (8.00) | | | | | |

```
------------------------------------------------------------------------
---------------------------------------------------
```

□APL LOGISTICS
Punch Detail Report                          Page 0003
05/11/06                        05/12/2006 10:39a
All accounts, pay rule Steve McElrath, all Timeclock groups

Summary Totals:
   Acct:050111,01125303,205
                    REGULAR:     31.98    TOTALS:      31.98
   Acct:050111,01587203,205
                    REGULAR:      8.00    TOTALS:       8.00
   Acct:050127,01587203,700
                    REGULAR:      8.00    OVERTIME:     2.08    TOTALS:     10.08

Grand Totals:       REGULAR:     47.98    OVERTIME:     2.08    TOTALS:     50.06


```
------------------------------------------------------------------------
---------------------------------------------------
```

Number of Records : 8
```
------------------------------------------------------------------------
---------------------------------------------------
```

steve 5-10

| WILLIS, ERICA | ID IN | DEPT | CUST | 115809 | 050127,01125303,700 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | FUN ACTIVITY | | OUT | ID IN | DEPT | CUST |
| FUN ACTIVITY | OUT | | TOTALS | | | | | | |
| Wed 05/10   731a | | | | | | 400p | | | |
| | | | 7.98 | 7.98 | | | | | |

Acct:050127,01125303,700

| | | | | | |
|---|---|---|---|---|---|
| | REGULAR: | 7.98 | TOTALS: | 7.98 | |
| Totals: | REGULAR: | 7.98 | TOTALS: | 7.98 | |

---

▯APL LOGISTICS
Punch Detail Report
                            Page 0003
05/10/06
                    05/11/2006  8:08a
All accounts, pay rule Steve McElrath, all Timeclock groups

Summary Totals:
  Acct:050111,01125303,205

| | REGULAR: | 23.84 | TOTALS: | 23.84 | | |
|---|---|---|---|---|---|---|
| Acct:050111,01587203,205 | | | | | | |
| | REGULAR: | 8.00 | TOTALS: | 8.00 | | |
| Acct:050127,01125303,700 | | | | | | |
| | REGULAR: | 7.98 | TOTALS: | 7.98 | | |
| Acct:050127,01587203,700 | | | | | | |
| | REGULAR: | 8.00 | OVERTIME: | 1.03 | TOTALS: | 9.03 |
| Grand Totals: | REGULAR: | 47.82 | OVERTIME: | 1.03 | TOTALS: | 48.85 |

---

Number of Records : 8

---

```
                              STEVE 5-9
WILLIS, ERICA                115809     050127,01125303,700
        ID IN    DEPT  CUST   FUN ACTIVITY        OUT    ID IN   DEPT   CUST
FUN ACTIVITY        OUT        TOTALS                    400p*I
Tue 05/09  728a
                     8.00     8.00

   Acct:050127,01125303,700
                     REGULAR:      8.00   TOTALS:      8.00
   Totals:          REGULAR:      8.00   TOTALS:      8.00
```

---
---

APL LOGISTICS
Punch Detail Report                     Page 0003

05/09/06                   05/10/2006  9:12a
All accounts, pay rule Steve McElrath, all Timeclock groups


Summary Totals:
```
   Acct:050111,01125303,205
                     REGULAR:     23.92   TOTALS:     23.92
   Acct:050111,01587203,205
                     REGULAR:      8.00   TOTALS:      8.00
   Acct:050127,01125303,700
                     REGULAR:      8.00   TOTALS:      8.00
   Acct:050127,01587203,700
                     REGULAR:      8.00   OVERTIME:     0.90   TOTALS:     8.90

Grand Totals:       REGULAR:     47.92   OVERTIME:     0.90   TOTALS:    48.82
```

---
---

Number of Records : 8

---
---

```
                              steve 5-8
             REGULAR:     7.93    TOTALS:     7.93
Totals:      REGULAR:     7.93    TOTALS:     7.93
```

---
---

```
WILLIS, ERICA                  115809    050127,01125303,700
         ID IN   DEPT   CUST   FUN ACTIVITY        OUT    ID IN   DEPT   CUST
FUN ACTIVITY     OUT    TOTALS
Mon 05/08   400p                                   *?
               0.00    0.00
```

---
---

APL LOGISTICS
Punch Detail Report
                              Page 0003
05/08/06
                      05/09/2006  9:26a
All accounts, pay rule Steve McElrath, all Timeclock groups


Summary Totals:
  Acct:050111,01125303,205
               REGULAR:    20.16    TOTALS:    20.16
  Acct:050111,01587203,205
               REGULAR:     8.00    TOTALS:     8.00
  Acct:050111,01655603,105
               REGULAR:     2.85    TOTALS:     2.85
  Acct:050111,01655603,205
               REGULAR:     0.92    TOTALS:     0.92
  Acct:050127,01587203,700
               REGULAR:     8.00    OVERTIME:    0.73    TOTALS:     8.73

Grand Totals:  REGULAR:    39.93    OVERTIME:    0.73    TOTALS:    40.66
```

---
---

Number of Records : 8

---
---



**APL Logistics – Chicago Public**
**715 Theodore Court**
**Romeoville, Illinois 60446**
**815-372-1963**
CC G050100 and CC G050200

## PROGRESSIVE DISCIPLINE – ACTION TAKEN

☐ Verbal Warning        ☐ Written Warning        ☐ Written Warning with 1 Day Suspension

☐ Written Warning with 3 Day Suspension    ☑ Suspension Pending Termination    ☐ Discharge

Date(s) of Suspension: _5/19/2006_

*All disciplinary steps will remain a matter of your permanent work record.*

---

Name of Employee: _Erica Willis_          Date: _5/19/2006_

Employee
Building Location: _715 Theodore Ct_      ID Number: _____

Cost Center: _501_

---

| | | |
|---|---|---|
| ____ Lateness | ✓ Disobedience | ____ Housekeeping |
| ____ Conduct | ____ Carelessness | ____ Other: |
| ____ Absence | ____ Safety | _____ |
| ✓ Attitude | ____ Sub–Standard Work | |

**REMARKS:**

_Insubordination, Not answering any work questions ask. Calling me a liar._

---

### EMPLOYEE ACKNOWLEDGMENT

Signature of       _REFUSED  TO SIGN_          Date of    _5/22/06_
Employee:         _Mary M. Werner_            Notice:

(Only means received a copy, NOT agreement with this action)

Supervisor: _Stephen B McElrath_
Please print name

_Steph B McElrath_                        Date: _5/19/06_
Supervisor Signature

**EXHIBIT**
**4**
CZ 51-08

On 5/19/06 I ask Erica were There any Loads That needed To be pick up, and IF so how many and IF she Sent out The E-mail so They would Be Pick up, She did not asnwer Me, I ask Two (2) More Times Then She asnwered.

Ten min. Later I ask how many Inbound Load we had coming in. That day, once again I got No asnwer, I ask another Three Time She then grab The Schedule book and gave Mle The asnwer.

I Then ask her had she Sent The E-mail out yet, no asnwer, I ask her what was wrong She Told me That She was Tried of Me (Stephen McElrath) Telling everone about her suspension, I Told her I Said Nothing To anyone why She was not at work, She Then Call he a liar. I Told her Lets Stop This now because she Be insubordinate She kept IT up at That Time I Told her To Clock out and go home. She Then Told Me She wanted To Talk To Mary Werner

*Steph E McElrath*



**APL Logistics – Chicago Public**
**715 Theodore Court**
**Romeoville, Illinois 60446**
**815-372-1963**
CC G050100 and CC G050200

## PROGRESSIVE DISCIPLINE  - ACTION TAKEN

☐ Verbal Warning          ☒ Written Warning          ☐ Written Warning with 1 Day Suspension

☐ Written Warning with 3 Day Suspension          ☐ Suspension Pending Termination          ☐ Discharge

Date(s) of Suspension: _____

All disciplinary steps will remain a matter of your permanent work record.

Name of Employee: _____          Date: 5/12/06

Building Location: _715 Theodore CT._          Employee ID Number: _____

Cost Center: _____

| | | |
|---|---|---|
| ____ Lateness | ____ Disobedience | ____ Housekeeping |
| ____ Conduct | ____ Carelessness | ____ Other: |
| ____ Absence | ____ Safety | _____ |
| ____ Attitude | ✓ Sub-Standard Work | |

**REMARKS:**
_Not Following Proper Work procedures._

### EMPLOYEE ACKNOWLEDGMENT

Signature of Employee: _~~E. Adulls~~_          Date of Notice: 5-15-06

(Only means received a copy, NOT agreement with this action)

Supervisor: _Stephen R. McElreth_
Please print name

_Step L B McElrath_          Date: 5/15/06
Supervisor Signature

EXHIBIT
5
5-1-08  CC

Not Following Proper Procedures

When The Outbound Trailer is Loaded The CSR Takes The Scanner Places iT on Th Cradle down Load order into Folder Print paperwork with all Lable Number on That Load Then go The Inventory Screen check all Labels Numbers making Sure all are In our Inventory IF There NoT IN They musT be placed in So all Shiping paperwork is correct. Then go on To The next Steps.

These Steps were noT being complete, See copies OF Paperwork, And E-mail From Customer

ATX WAREHOUSE             **Straight Bill of Lading - Short Form**
ROMEOVILLE       IL    00000-0000        **ORIGINAL NOT NEGOTIABLE**

| | | |
|---|---|---|
| Phone: ()— | Fax ()—' | **Order Number:** 0001706177 |
| Load Date: 04/19/2006 09:00 | | **Plan Ship Date:** 04/14/2006 |
| | | **Plan Dispatch Time:** 07:10 |

ier:    EAGL

RECEIVED,subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading at

The property described below, in apparent good order, except as noted (contents and conditions of packages unknown),marked , consigned, and destined as indicated below,which said carrier, the cord carrier being understood,throughout this contract as meaning any person or corporation in possession of the property under contract, agrees to carry to its usual place of delivery at said destination, if on its route,otherwise to deliver to other carrier on the route to said destination it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property , that every service to be performed hereunder shall be subject to all the terms and conditions of the uniform Domestic Straight Bill of Lading set forth(1) in official Freight Classifications in effect on the date hereof,if this is a rail or rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading,including those on the back thereof set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by shipper and accepted for himself and this assigns.

**Consigned to:**     CHICAGO MTESC

**Deliver To Address:** 850 S VETERANS PKWY STE A
                      BOLINGBROOK           IL     60440-4816

**Phone:**          (630)-679-1749      **Fax:** ()—

**Trailer:** 72MTE683     **SV Trailer ID:**            **Route:** 604GK       **Trip:** EXTRA

**BOL Comments:**

| Order # | Line # | Eirs | Description | Qty | Pallet | Weight | Exception |
|---|---|---|---|---|---|---|---|
| 00 06177 | 1 | 74E | TRAY, PLASTIC,EXT MM, USED | ~~4~~ 48 | ~~4~~ 48 | 4442 | 01 |

.O.D. Charge to be paid by       Shipper..........;    Consignee............

ubject to Section 7 of Conditions of applicable bill of landing, if this shipment is to be delivered the consignee without recourse of the consignor shall sign the following statement: ne carrier shall not make delivery of this shipment without payment of freight and all other wful charges.                              **(Signature of Consignee)**

charges are to be prepaid,write or stamp here ,"To be Prepaid".

eceived $_____ to apply in prepayment of charges on the property described hereon.

gent Or Cashier:       Per

nerges Advanced:    $                **(The signature here acknowledges only the amount prepaid)**

hipper's imprint in lieu of stamp;not a part of Bill of Lading approved by the interstate Commerece Commission. TE:Where the rate is dependent value,shipper's are required to state specifically in writing the agreed or declared value he property. The agreed or declared value of the property is thereby specifically stated by the shipper to be not exceeding.

s is to certify that the above named articles are properly classfied cribed,packaged,marked,labeled, and are in proper conditionfor transportation ording to the applicable regulations of the Department of "transportation.".

+The fiber boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon,and all other requirements of the Consolidated

h pper, Per _Enica Firus_                          Agent, Per

_Chris Lejeune 1617_     RPGB V 21

**Order Number** 0001706177  
**Trailer Id** 72MTE683  
**ŚV Trailer ID**  
**Nass Code** 60MTE  

**Carrier Name** EAGL  
**Trip No** EXTRA  
**Attn** CHICAGO MTESC  

**Cust Order No** 60-60-XFR28  
**Route No** 604GK  
**Load Date** 04/19/2006 09:00  

**Shipping Address** 850 S VETERANS PKWY STE A

BOLINGBROOK

IL       **Zip**    604404816

| PSIN | PSN | Description |
|------|-----|-------------|
| 74E | 3920050004954 | TRAY, PLASTIC,EXT MM, USED |

| Container Placard | Each Qty |
|-------------------|----------|
| 060181087001 | 1 |
| 060181092901 | 1 |
| 060181120701 | 1 |
| 060181131401 | 1 |
| 060181149301 | 1 |
| 060181151201 | 1 |
| 060181158901 | 1 |
| 060181218201 | 1 |
| 200656801 | 1 |
| 060270358301 | 1 |
| 060270386701 | 1 |
| 060270501501 | 1 |
| 060270503101 | 1 |
| 060270541501 | 1 |
| 060270542501 | 1 |
| 060271040501 | 1 |
| 060271046301 | 1 |
| 060271047101 | 1 |
| 060271106401 | 1 |
| 060350254601 | 1 |
| 060350254901 | 1 |
| 060350284801 | 1 |
| 060350286501 | 1 |
| 060350371901 | 1 |
| 060350372901 | 1 |

**Order Number** 0001706177  
**Trailer Id** 72MTE683  
60MTE  
**Nass Code**

**Carrier Name** EAGL  
**Trip No** EXTRA  
**Attn** CHICAGO MTESC

**Cust Order No** 60-60-XFR28  
**Route No** 604GK  
**Load Date** 04/19/2006 09:00

**Shipping Address** 850 S VETERANS PKWY STE A

BOLINGBROOK

IL              **Zip**   604404816

**PSIN**  
74E

**PSN**  
3920050004954

**Description**  
TRAY, PLASTIC, EXT  
MM, USED

| Container Placard | Each Qty |
|---|---|
| 060350381901 | 1 |
| 060350382701 | 1 |
| 060370434301 | 1 |
| 060370450401 | 1 |
| 060370451801 | 1 |
| 060370494901 | 1 |
| 060370513801 | 1 |
| 060370515101 | 1 |
| 060370544201 | 1 |
| 060370557901 | 1 |
| 060370610201 | 1 |
| 060370611201 | 1 |
| 060370611601 | 1 |
| 060370625401 | 1 |
| 060370635601 | 1 |
| 060370645501 | 1 |
| 060370645601 | 1 |
| 060370663901 | 1 |
| 060370728401 | 1 |
| 060370741601 | 1 |
| E05062000359 | 1 |
| E05062000365 | 1 |

/O=NOL-APL/OU=SECOND ADMINISTRATIVE
GROUP/CN=RECIPIENTS/CN=SMCELRAT

| | |
|---|---|
| **From:** | Booth, Gary E - Washington, DC [gary.e.booth@usps.gov] |
| **Sent:** | Tuesday, May 09, 2006 1:21 PM |
| **To:** | Banks, William B; Vance, Jerry R; McElrath, Stephen B |
| **Subject:** | FW: Please help me to understand |
| **Importance:** | High |
| **Attachments:** | SCAN00~1.pdf |

Try opening this one.

——Original Message——
**From:** Booth, Gary E - Washington, DC
**Sent:** Monday, May 08, 2006 1:28 PM
**To:** Banks, William B; Vance, Jerry R; 'McElrath, Stephen B'
**Cc:** Cebulski, Robert F - Bloomingdale, IL
**Subject:** FW: Please help me to understand
**Importance:** High

Gentlemen,

Please review the attached Pick Short Report. It indicates that you have failed to ship the
proper quantities of palletized MTE. Can you explain? Shipping short creates inventory
discrepancies. I don't want to get into a situation where you cannot fill orders because of
inventory irregularities. If you had insufficient inventory I might be able to understand some
irregularities, but it is obvious that you have sufficient inventory and someone is simply failing to
follow shipping instructions. As long as you have sufficient inventory I expect every order
directed to APL to be properly filled unless you have requested a deviation from either Elin or
myself and we have communicated this to Bob!

Questions???

Gary

——Original Message——
**From:** Jeschelnik, Elin F - Washington, DC
**Sent:** Monday, May 08, 2006 11:55 AM
**To:** Booth, Gary E - Washington, DC
**Subject:** FW: Please help me to understand
**Importance:** High

Gary - see attached - do you know why 60WAR is short shipping? Elin

——Original Message——
**From:** Cebulski, Robert F - Bloomingdale, IL
**Sent:** Friday, April 28, 2006 1:44 PM
**To:** Jeschelnik, Elin F - Washington, DC

5/24/2006

**Subject:** Please help me to understand
**Importance:** High


**I do not understand**

# United States Postal Service
## Mail Transport Equipment Support System (MTESS)
## Pick Short Report

Report Id:  RDBRM
Run Date: 04/28/2006 12:36:40

Page No: 1

| Order No | Required Date | Plant | Origin Nass | Dest Nass | Eire | Ord Qty | Pick Qty | Exception Code |
|---|---|---|---|---|---|---|---|---|
| 0001708150 | 04/17/2006 | 60 | 60WAR | 75MTE | 01V | 104 | 76 | 01 |
| 0001708399 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | |
| 0001708400 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | 01 |
| 0001708403 | 04/15/2006 | 60 | 60WAR | 60MTE | 75E | 50 | 47 | |
| 0001708403 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | 01 |
| 0001708404 | 04/15/2006 | 60 | 60WAR | 60MTE | 75E | 50 | 45 | |
| 0001708404 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | 01 |
| 0001708405 | 04/15/2006 | 60 | 60WAR | 60MTE | 75E | 50 | 42 | |
| 0001708405 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | 01 |
| 0001708406 | 04/15/2006 | 60 | 60WAR | 60MTE | 75E | 50 | 48 | |
| 0001708406 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | 01 |
| 0001708408 | 04/15/2006 | 60 | 60WAR | 60MTE | 75E | 50 | 22 | |
| 0001708408 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | 01 |
| 0001708409 | 04/15/2006 | 60 | 60WAR | 60MTE | 75E | 50 | 0 | |
| 0001708409 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 0 | 01 |
| 0001708410 | 04/15/2006 | 60 | 60WAR | 60MTE | 75E | 50 | 23 | |
| 0001708412 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 2 | 25 | |
| 0001708413 | 04/15/2006 | 60 | 60WAR | 60MTE | 65P | 26 | 0 | 01 |
| 0001708415 | 04/15/2006 | 60 | 60WAR | 60MTE | 74E | 16 | 48 | 1 |
| 0001708416 | 04/15/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001708417 | 04/15/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001708418 | 04/15/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001708421 | 04/15/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 33 | 01 |
| 0001708422 | 04/15/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 44 | 01 |
| 0001710068 | 04/18/2006 | 60 | 60WAR | 55MTE | 74E | 52 | 48 | 01 |
| 0001710070 | 04/18/2006 | 60 | 60WAR | 55MTE | 74E | 52 | 50 | 01 |
| 0001710210 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710211 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710211 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710212 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 46 | 01 |
| 0001710212 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710213 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710214 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |

*Please help me to understand.* (handwritten)

# United States Postal Service
## Mail Transport Equipment Support System (MTESS)
### Pick Short Report

Report Id:  RPSP
Run Date:  04/28/2006 12:38:40

| Order No | Required Date | Plant | Origin Nass | Dest Nass | Eirs | Ord Qty | Pick Qty | Exception Code |
|----------|---------------|-------|-------------|-----------|------|---------|----------|----------------|
| 0001710215 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710216 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710217 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710218 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710219 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710247 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710248 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710249 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710250 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 48 | 01 |
| 0001710251 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 47 | 01 |
| 0001710252 | 04/18/2006 | 60 | 60WAR | 60MTE | 74E | 52 | 47 | 01 |
| 0001710337 | 04/18/2006 | 60 | 60WAR | 60MTE | 75H | 52 | 44 | 01 |
| 0001710341 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 42 | 01 |
| 0001710342 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 50 | 01 |
| 0001710343 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 50 | 01 |
| 0001710344 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 40 | 01 |
| 0001710345 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 48 | 01 |
| 0001710346 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 49 | 01 |
| 0001710347 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 47 | 01 |
| 0001710348 | 04/18/2006 | 60 | 60WAR | 60MTE | 75E | 52 | 05 | 1 |
| 0001713563 | 04/20/2006 | 60 | 60WAR | 75MTE | 01V | 104 | 95 | 01 |
| 0001717915 | 04/24/2006 | 60 | 60WAR | 75MTE | 01V | 104 | 0 | 01 |
| 0001721402 | 04/27/2006 | 60 | 60WAR | 60MTE | 61P | 10 | 22 | 01 |
| 0001721404 | 04/28/2006 | 60 | 60WAR | 60MTE | 65P | 24 | 18 | 01 |
| 0001721405 | 04/28/2006 | 60 | 60WAR | 60MTE | 65P | 24 | 99 | 01 |
| 0001722915 | 04/27/2006 | 60 | 60WAR | 75MTE | 01V | 104 | | |



APL Logistics will not tolerate sexual harassment of, or by, its employees, vendors, or customers. Your full support and cooperation for the spirit and intent of this policy is expected.

Sexual harassment is a form of unlawful discrimination. Sexual harassment is unwelcome sexual or sex-based behavior, including behavior that creates a hostile or abusive work environment,

Specific actions that can be considered sexual harassment include inappropriate verbal or physical conduct such as, but not limited to, the following:

- *Demanding sexual favors with an implied or overt threat concerning the terms or conditions of someone's employment;*

- *Unwelcome sexual flirtations, advances or propositions;*

- *Verbal comments, including joking or teasing about someone's body, clothing or sexual activities;*

- *Display of sexually suggestive objects, pictures or messages;*

- *Unwelcome physical contact including touching, patting, squeezing, or cornering;*

- *Repeated demeaning of a person or persons on the basis of gender;*

- *Any retaliation against persons complaining about the behavior cited above or similar behavior.*

Sexual harassment negatively impacts the work environment and infringes on individual's employment opportunity. If you or others wish to voice a concern or bring a complaint of sexual harassment, please contact any one of the following: your supervisor; your supervisor's manager; or the Director of Employee Relations in Jacksonville.

Any complaint of sexual harassment will be taken very seriously and investigated promptly. Confidential information will be protected to the greatest extent possible. The investigation will be conducted so as to assure that both the complainant and the accused have an opportunity to be heard.

Individuals found to be in violation of the rights of others through acts of harassment, particularly sexual harassment, will be subject to disciplinary action up to and including termination. Retaliation against complainants or witnesses is strictly prohibited.



EXHIBIT D

EXHIBIT
6
CZ  51-08

ON MAY 22, 2006 , I ARRIVED AT APL LOGISTICS TO START MY WORK DAY I SWIPE IN AND
THEN HEAD TO MY OFFICE. STEPHEN MCELRATH COMES UP TO ME AND SAYS "DID
ANYONE NOTIFIED YOU ,YOU ARE NOT SUPPOSE TO BE HERE, HEAD TO MARY'S OFFICE.
ME AND STEPHEN GOES  TO MARY'S OFFICE AND SITS  DOWN. MARY IS LOOKING AT
BOTH OF US LIKE CAN I HELP YOU. I SAID I DON'T KNOW WHAT'S GOING ON. STEPHEN
SAYS "DID BILL BANKS CALL YOU". MARY RESPONDED WITH NO. STEPHEN CONTACTS
BILL BANKS ON THE NEXTEL AND THEN WALKS OUT OF MARY'S OFFICE. IN FRONT OF
OTHER EMPLOYEES ,{FRONT OFFICE STAFF}HE SAYS BILL IS ERICA SUPPOSED TO BE
HERE! BILL BANKS RESPONDED NO SHE IS SUSPENDED PENDING TERMINATION! STEPHEN
COMES BACK INTO MARY'S OFFICE , SITS DOWN AND SAYS "I AM SUSPENDING HER.
MARY SAYS FOR WHAT. STEPHEN SAYS INSUBORDINATION. MARY SAYS DO YOU HAVE
ANYTHING IN WRITING OR TO GIVE TO HER. STEPHEN SAYS I HAVE TO GO TO MY OFFICE,
I WILL BE BACK. MARY SAY'S I DON'T KNOW WHY HE DID NOT GIVE YOU SOMETHING
FRIDAY. I SAID HE JUST DOING THIS BECAUSE I TOLD ABOUT HIS SEXUAL HARASSMENTS.
SHE SAYS  YOU KNOW WHAT WE TALK ABOUT IN JANUARY, WAS THAT ABOUT MICHELLE
GETTING HERE JOB BACK. I SAID IT WAS ABOUT STEPHEN SEXUAL HARASSMENT, AND
JERRY VANCE TRYING TO MAKE ME DO TIME SHEET. MICHELLE NAME DID COME UP
BECAUSE STEPHEN WAS PROMISING HERE A PERMANENT POSITION FOR MONEY. ALSO
LAURA KHAN NAME WAS MENTION.SHE WAS ALSO SEXUALLY HARASSED BY STEPHEN.
ALSO MICHELLE BOWIE WAS ALSO HARASSED STEPHEN MCELRATH. THERE ARE AT
LEAST 3 MORE LADY'S THAT WERE ALSO SEXUALLY HARASSED BY STEPHEN
MCELRATH.THIS CONVERSATION WAS TOLD TO MARY WERNER BACK IN JANUARY 2006.
STEPHEN COMES BACK INTO MARY'S OFFICE WITH A DISCIPLINE SHEET SAYING I CALLED
HIM A LIAR. HE GIVES ME AND MARY A COPY, AND THEN TELLS ME TO SIGN. I REFUSED.
BECAUSE I DID NOT CALL HIM A LIAR , AND WHY  WASN'T IT GIVEN TO ME  FRIDAY
WHEN IT SUPPOSELY HAPPEN. I SAID I'M NOT SIGNING ANTHING ELSE, AND IF THAT'S
ALL I WILL BE LEAVING NOW. MARY AND STEPHEN SAYS THAT'S IT. SO I WALK TO THE
LOBBY TO WAIT FOR A RIDE. I CAME TO MARY'S OFFICE TO ASK HER FOR AN EMPLOYEE
POLICY HAND BOOK , MARY RESPONSE WAS I HAVE NOT SEEN ONE SINCE I HAVE BEEN
WORKING HERE.SUPERVISOR TOM BROOKS WAS IN MARY'S OFFICE,HE ALSO RESPONDED,
ME EITHER.

ERICA STEELE

*Erica Steele*

·5-22-2006

Subscribed and sworn to before me
this 22 day of May 2006
at Romeoville, County of Will, State of Illinois.

Notary Public *Yessenia Rios*

"OFFICIAL SEAL"
YESSENIA RIOS
Notary Public, State of Illinois
My Commission Expires June 21, 2008



**EXHIBIT**
7
CZ  5-1-08

ATTN LISA
(815) 748-5572

On May 19,2006 approximately 9:15 am Steven McElrath and I
got into a verbal altercation. I ask Steve to stop telling others staff
members about my suspension. He then denied it. I responded
with, I think I need to go talk to Mary Werner concerning this
matter. His response was for me go home. He picks up the phone
and calls Mary. He tells her that he told me to go home. I get up
there to Mary's office, I explained to her that Steve is going around
telling others workers about my suspensions, "saying I lied about
my time on my time sheet". I also told her that I think he is
retaliating against me because of the conversation that myself and
she had about his sexual harassment behavior back in Jan
2006.She explained to me that General Manager Bill Banks gave
me a three day suspension because he very upset because I was late
coming to a meeting. I proceed to tell her that I was tired of Steve,
Bill, and Jerry always talking down to me, and that I HAVE MY
RIGHTS! Mary told me I shouldn't have been suspended for 3
days. She told me I probably should have gotten written up or
even a one day suspension. I did give her a copy of my
discrimination claim and she responded, "I appreciate you giving
me a heads up on what's going on.." She read it and said "Okay,
thank you and good luck." I told her Steve told me to go home, and
I left her office. I did go back to my office and I told Celeste
Gamble and Michelle Lewis about the altercation between me and
Steve, and that he told me to go home. So I left and went home.


Erica Willis-Steele

*Erica Steele*

Subscribed and sworn to before me
this 19 day of May 2006
at Romeoville, County of Will, State of Illinois,

Notary Public *Yessenia Rios*

"OFFICIAL SEAL"
YESSENIA RIOS
Notary Public, State of Illinois
My Commission Expires June 21, 2008



EXHIBIT
8
5-1-08  C2

I Laura Khan, Am Writing this letter in my full senses and conscience. I(Laura Khan) Ex Employee of APL Logistics Started Working for APL Logistics Recruited by Spherion as a Temp Employee. While I was working there, postal supervisor name Stephen Mc Larth. He constantly asked me for money. He also made sexual harassment remarks. Such as asking me would I ever consider of having sex with him. He promised me a permanent position at APL if I was willing to have sex with him. When I refused the offer very soon I was Fired From APL for no appropriate reason. I was never ever given a verbal or a written warning before I was terminated. He always made sarcastic comments on my body. I was also being discriminated by Jerry Vance and also the general manger Mr Banks. In my opinion to the higher authorities with all the respect, the whole management needs to be changed. Not even me but other Girls working at APL were or are facing the same problem. And when we bring it to the of the management the complainer loses their job. I have decided to step up and bring it to the attention to whom ever it may concern to take possible actions to stop this kind of discrimination against the females working at APL.
Thank you
Laura khan

*Laura Sinth Khan*

Subscribed and sworn to before m

in 20 day of July 2008
I Bolingbrook, County of Will, State of Illinois.

Notary Public

"OFFICIAL SEAL"
MERLIN MONDRAGON
Notary Public, State of Illinois
My Commission Expires April 18, 2009

EXHIBIT
9

CLZ