IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA WILLIS STEELE, | ) |
|     Plaintiff, | ) ) ) |
| and | )   Case No. 07C-6440 |
| APL LOGISTICS, | ) ) ) |
|     Defendant. | ) ) |

NOTICE OF MOTION

To:   Mark A. Lichtenwalter                John K. Kallman
       Tricia M. P ellegrini                 221 North LaSalle Street
       John Matthew Spesia             Suite 1200
       Michael Robert Stiff                Chicago, IL 60601
       Martin J. Shanahan
       SPESIA, AYERS & ARDAUGH
       1415 Black Road
       Joliet, IL 60435

   Please take notice that at 9:30 a.m. on <u>June 25, 2008</u>, or as soon thereafter as I may heard, I shall appear before the Honorable Suzanne B. Conlon, or any judge sitting in her stead, in the courtroom usually occupied by her, Room 1743, 219 S. Dearborn Street, Chicago, Illinois, and present Defendant APL Logistics' Motion for Summary Judgment, if you deem fit.

Andrew J. Martone                                                 /s/ Andrew J. Martone
one of APL Logistics' attorneys
1650 Des Peres Road, Suite 200
St. Louis, Missouri 63131
(314) 862-1968

CERTIFICATE OF SERVICE

    Andrew J. Martone, the attorney for defendant, states that the foregoing pleading has been electronically filed and service accomplished pursuant to ECF as to counsel of record, all of whom are Filing Users, except for the following, who were served by depositing the same in the United States post box at 1650 Des Peres Road, St. Louis, Missouri 63131, postage fully prepaid, before 5:00 p.m. this 18th day of February, 2008:

N/A

and under penalties of perjury as provided by law, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters certifies as aforesaid that he verily believes the same to be true.

                                                  /s/ Andrew J. Martone