# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6440 | **DATE** | 6/19/2008 |
| **CASE TITLE** | ERICA WILLIS STEELE vs. APL LOGISTICS | | |

**DOCKET ENTRY TEXT**

Defendant's motion for summary judgment [53] is taken under advisement. Plaintiff's response shall be filed by July 10, 2008; defendant's reply shall be filed by July 17, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions set on July 1, 2008 is vacated pending disposition of the summary judgment motion. The motion will not be heard on June 25, 2008 as noticed.

*Suzanne B. Conlon*
Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|