UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Erica Willis Steele
                          Plaintiff,

v.                                                    Case No.: 1:07−cv−06440
                                                    Honorable Suzanne B. Conlon

APL Logistics, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Jeffrey Cole:Settlement Conference set for 7/14/2008 at 2:00 p.m. All parties are directed to refer to Judge Cole' "Settlement Conference Procedures", found on "www.ilnd.uscourts.gov" and to comply with its directives before appearing at the settlement conference. Parties with authority to settle must be present at the conference. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers from both plaintiff and defendant by no later than (4) calendar days before the conference. Non−compliance with the 4−day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4−day Rule may necessitate cancellation of the conference.Parties cannot unilaterally agree to cancel a scheduled settlement conference. Permission not to proceed must be obtained from the court pursuant to written motion, and any party wishing to vary any of the procedures set forth in the standing order must make an appropriate request by written motion prior to the exchange of settlement letters described above.Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.