**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6440 | **DATE** | 6/25/2008 |
| **CASE TITLE** | ERICA WILLIS STEELE vs. APL LOGISTICS, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to amend complaint [49] is denied without prejudice. The summary judgement motion schedule is extended. Plaintiff's response is reset from July 10, 2008 to August 11, 2008; defendants reply, if any, is reset from July 17, 2008 to August 18, 2008. The case is referred to the magistrate judge for settlement conference.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cv-06440   Document 59   Filed 06/25/2008   Page 1 of 1

07C6440 ERICA WILLIS STEELE vs. APL LOGISTICS, ET AL    Page 1 of 1