UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Erica Willis Steele
                     Plaintiff,

v.                                         Case No.: 1:07−cv−06440
                                           Honorable Suzanne B. Conlon

APL Logistics, et al.
                     Defendant.


ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE


    Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge for the purpose of holding proceedings related to: settlement conference.(wyh, )Notices mailed by Judicial staff.


Dated: June 25, 2008

                                           /s/ Suzanne B. Conlon
                                           United States District Judge