# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6440 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Erica Steele vs. APL Logistics | | |

**DOCKET ENTRY TEXT**

Settlement conference held. Parties settled. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Docketing to mail notices.

02:00

| | Courtroom Deputy Initials: | CDH |
|---|---|---|