# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6440 | **DATE** | 7/22/2008 |
| **CASE TITLE** | ERICA WILLIS STEELE vs. APL LOGISTICS, ET AL | | |

**DOCKET ENTRY TEXT**

The case is dismissed pursuant to the settlement agreement.

*[Signature: Suzanne B. Conlon]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|